NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JAMES H. SWEETMAN,                        )
                                          )
      Appellant,                    )
                                          )
v.                                        )     Case No. 2D17-4288
                                          )
KATHLEEN I. SWEETMAN,                     )
                                          )
      Appellee.                     )
                                          )
_____ )

Opinion filed November 21, 2018.

Appeal from the Circuit Court for Lee
County; Lee A. Schreiber, Judge.

Matthew P. Irwin of Men's Rights Law
Firm, Cape Coral, for Appellant.

Ryan M. O'Halloran of O'Halloran &
O'Halloran, Fort Myers, for
Appellee.


PER CURIAM.


      Affirmed.


NORTHCUTT, MORRIS, and BLACK, JJ., Concur.